**UNITED MOTION THEATRE COMPANY, a copartnership, Richard Sloan, and Eugene Sloan, Appellants, v. Thomas H. EALAND, Doing Business as Ferndale Theatre, Appellee.**

No. 11243.

United States Court of Appeals
Sixth Circuit.

Oct. 20, 1952.

Alfred A. May and John Sklar, Detroit, Mich., for appellants.

Bevan & Walter and George Heideman, Detroit, Mich., for appellee.

Before MARTIN, McALLISTER and MILLER, Circuit Judges.

PER CURIAM.

On the hearing of this appeal counsel for appellee was not present and no brief having been filed on behalf of appellee, the appeal was heard upon the record and the brief and oral argument of attorney for the appellants;

And the Court being advised, it is now ordered that the order of June 22, 1950 herein appealed from be modified by the elimination therefrom of the following words in the second literary paragraph thereof:

"copies of all tax returns (including state employment and Federal Income, excess profits, with-holding, social security, payroll, excise and amusement or admission tax), and all related documents, memoranda and supporting data and all other documents, correspondence, papers, and memoranda kept recorded" and the words "all material" in the sentence starting with the words "Including, without limiting the generality of the foregoing."

And as so modified, the order be and is affirmed. Hickman v. Taylor, 329 U.S. 495, 507, 67 S.Ct. 385, 91 L.Ed. 451; Annotation 8 A.L.R.2d 1134; Garrett v. Fau, D.C., 8 F.R.D. 556; Welty v. Clute, D.C., 2 F.R.D. 429; O'Connell v. Olsen & Ugelstadt, D.C., 10 F.R.D. 142.

■

**L. ALBERT & SON, Inc., Appellant, v. EKKO RECORDING CORPORATION, Appellee.**

No. 11415.

United States Court of Appeals
Sixth Circuit.

Oct. 8, 1952.

Morris Berick of Halle, Haber, Berick & McNulty, Cleveland, Ohio, for appellant.

Francis B. Douglass, Cleveland, Ohio, and Fritz Krueger, Somerset, Ky., for appellee.

Before ALLEN, MARTIN and MILLER, Circuit Judges.

PER CURIAM.

This cause came on to be heard on the record and on the oral arguments and printed briefs of attorneys for the contending parties;

And it appearing that the only substantial question presented for review is a question of fact; and that the findings of fact of the District Judge, upon which judgment was entered for the plaintiff in the amount of $20,000 and interest, are supported by substantial evidence and are not clearly erroneous, as is made apparent by the conclusions of law and the memorandum opinion filed by the trial judge;

The judgment of the District Court is affirmed; and it is so ordered.